703 A.2d 1033

Kenneth RANDLEMAN and Lisa Randleman, Petitioners,

v.

Marc FELDMAN, Esquire, as Executor of the Estate of Norman S. Feldman, D.M.D., Deceased, Respondent.

No. 452 E.D. Allocatur Docket .1997.

Supreme Court of Pennsylvania.

Dec. 2, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of December, 1997, the Petition for Allowance of Appeal is GRANTED; the order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia County is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this court's opinion in *Cheeseman v. Lethal Exterminator, Inc., and Forman v. Rossman, et al.,* 549 Pa. 200, 701 A.2d 156 (1997).